IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NONA IONELA PUICĂ,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SHANXISHASIJINKEJIYOUXIANGONGSI, *et al.*,<br>　　　　　　　　　Defendants. | Civil Action No. 25-cv-1094<br><br>**FILED UNDER SEAL** |

## ORDER TO TEMPORARILY SEAL FILE

On this 1st day of August, 2025, the Court considered Plaintiff's *Ex Parte* Motion to File Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited, to the following: Plaintiff's Complaint and exhibits attached thereto; Plaintiff's *ex parte* application for: 1) a temporary restraining order, 2) an order restraining assets and Merchant Storefronts, 3) an order to show cause why a preliminary injunction should not issue, and 4) order authorizing expedited discovery; the supporting declarations of Nona Ionela Puică, Stanley D. Ference III, and Dee Odell, and exhibits attached thereto; and Plaintiff's *Ex Parte* Motion for an Order authorizing alternative service, under seal until the hearing on Plaintiff's Application for an Order to Show Cause Why a Preliminary Injunction Should Not Issue or further order of the Court.

- 2 -

It is also hereby ORDERED that, notwithstanding this Order to Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

BY THE COURT:

/s/ Christy Criswell Wiegand
―――――――――――――――――
The Honorable Christy Criswell Wiegand
United States District Judge

Cc:   Stanley D. Ference III, Esq.
      courts@ferencelaw.com