IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NONA IONELA PUICĂ, <br><br> Plaintiff, <br><br> v. <br><br> SHANXISHASIJINKEJIYOUXIANGONGSI et al., <br><br> Defendants. | Civil Action No. <br><br> 25-cv-01094 <br><br> (Judge Wiegand) |

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through his undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendants JieLai, DUIque, Vandarllin, zhongpeikeji, SCSVPN, AiTime, MUDOR, Xiaoluoluo, Rosbtib, liushan-USstore, WJX HOME, zhoulongkejius, Tuezokeg, Leshiry Fashion, WALNEW, bigmouthstore, Newraturner, Newshine, ZSLTrade Store, zhongjikeji, Blllue US, Sunshare, JRTAL-STORE-EU, XYX®, IVY®, J&Z_Store, shengsheng-USAstore, Hoofur, nincyee us, Decaistore, StitchSavvy, PIZHIYUAN, each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

- 2 -

                                                Respectfully submitted,

Dated: September 26, 2025        /s/ Stanley D. Ference III
                                                Stanley D. Ference III
                                                Pa. ID No. 59899
                                                courts@ferencelaw.com

                                                FERENCE & ASSOCIATES LLC
                                                409 Broad Street
                                                Pittsburgh, Pennsylvania 15143
                                                (412) 741-8400 – Telephone
                                                (412) 741-9292 – Facsimile

                                                Attorneys for Plaintiff