IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NONA IONELA PUICĂ, | |
| Plaintiffs, | Civil Action No. 25-cv-1094 |
| v. | |
| SHANXISHASIJINKEJIYOUXIANGONGSI, *et al.*, | Judge Wiegand |
| Defendants. | |

AND NOW, this  10th  DAY of ___October___, 2025, pursuant to the request to enter default and affidavit(s) filed, default is hereby entered against the Defendants in Schedule "A" for failure to plead or otherwise defend.



CLERK'S ENTRY OF DEFAULT

Date: 10/10/2025

*Karen Sawdy*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena